No. 91–736. Massachusetts *v.* Moreau. App. Ct. Mass. Motion of respondent for leave to proceed *in forma pauperis*

1050

granted. Certiorari denied.

No. 91–776. TENNESSEE v. TURNER. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.